

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00166-CV

**Galveston County Health District**

**v.**

**Erica Hanley**

NO. 12CV2314 IN THE 56TH DISTRICT COURT OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $0.00 | 08/26/2014 | UNKNOWN | UNK |
| MT FEE | $10.00 | 07/15/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 06/02/2014 | E-PAID | APE |
| MT FEE | $10.00 | 05/02/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 04/03/2014 | E-PAID | ANT |
| RPT RECORD | $102.00 | 03/03/2014 | PAID | ANT |
| CLK RECORD | $0.00 | 02/28/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 02/26/2014 | E-PAID | ANT |
| FILING | $175.00 | 02/26/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $337.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 13, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**